**UNITED STATES  DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

RANJI COTTON                                    CIVIL ACTION

VERSUS                                              NO. 11-0231

LYNN COOPER                                   SECTION "I" (6)

## ORDER

The Court, having considered the petition, the record, the applicable law and the

Report and Recommendation of the United States Magistrate Judge, and the objection by

petitioner, Ranji Cotton, which is hereby **OVERRULED**, approves the Report and

Recommendation of the United States Magistrate Judge and adopts it as its opinion in this

matter.  Therefore,

**IT IS ORDERED** that the petition of Ranji Cotton for issuance of a writ of habeas

corpus under 28 U.S.C. § 2254, is hereby **DENIED WITH PREJUDICE.**

New Orleans, Louisiana, this _____20th_____ day of October, 2011.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE